AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

RECEIVED & FILED
CLERK'S OFFICE
JUL 13 2022
US DISTRICT COURT
SAN JUAN, PR

| | | |
|---|---|---|
| United States of America<br>v.<br>IVAN SANTELL-VELAZQUEZ<br>*Defendant* | ) | Case No. 22-CR- 307 (SCC) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 6/30/2022

*Defendant's signature*

*Signature of defendant's attorney*

Javier F. Micheo Marcial
*Printed name of defendant's attorney*

*Judge's signature*

Silvia Carreño-Coll
U.S. District Judge
*Judge's printed name and title*