IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | INFORMATION 22-cr-307 (SCC) |
| v. | VIOLATION: |
| IVAN SANTELL-VELAZQUEZ, | 18 U.S.C § 2261A(2) |
| Defendant. | (ONE COUNT) |

AM 1 2 3 4 5 6 7 8 9 10 11 12 PM
RECEIVED & FILED
CLERK'S OFFICE
JUL 13 2022
US DISTRICT COURT
SAN JUAN, PR
AM 1 2 3 4 5 6 7 8 9 10 11 12 PM

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Cyberstalking
(18 U.S.C. § 2261A(2))

From on or about January 2019, the exact date being unknown, until on or about September 2019, in the District of Puerto Rico and within the Jurisdiction of this Court, the defendant,

IVAN SANTELL-VELAZQUEZ,

with the intent to harass, another person, namely N.A.C.R., used facilities of interstate and foreign commerce, including electronic communication services, electronic mail and internet websites, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to that person; in violation of 18 U.S.C. § 2261A(2).

W. Stephen Muldrow
United States Attorney

Jonathan L. Gottfried
Assistant United States Attorney
Chief, Violent Crimes and National Security

Jeanette M. Collazo-Ortiz
Assistant United States Attorney